1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   Branch Chief, Fresno Office
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,          )   Case No. 1:22-mj-00052-BAM
11                                      )
              *Plaintiff,*              )   **APPLICATION AND ORDER**
12                                      )   **APPOINTING CJA PANEL COUNSEL**
    vs.                                 )
13                                      )
    JAWANA JINNAE NICOLE                )
14  WASHINGTON,                         )
                                        )
15            *Defendant,*              )
                                        )
16  _____   )

17         Defendant, Jawana Jinae Nicole Washington, through the Federal Defender for the

18  Eastern District of California, hereby requests appointment of CJA panel counsel. Our office has

19  a conflict.

20         On April 11, 2022, the government filed a Complaint against Ms. Washington, charging

21  her with being a felon in possession of a firearm and with providing a firearm to a felon; in

22  violation of 18 U.S.C. §§ 922 (g)(1), (d).

23         Ms. Washington submits the attached Financial Affidavit as evidence of her inability to

24  retain counsel. After reviewing her Financial Affidavit, it is respectfully recommended that CJA

25
    panel counsel Roger Wilson be promptly appointed *nunc pro tunc* as of April 15, 2022 to assist
26
    in advance of Ms. Washington's arraignment.
27

28         DATED:  April 19, 2022              */s/ Eric V. Kersten*_____
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Branch Chief, Fresno Office

1

**O R D E R**

2

   Having satisfied the Court that the defendant is financially unable to retain counsel, the

3

Court hereby appoints CJA panel counsel Roger Wilson *nunc pro tunc* as of April 15, 2022

4

pursuant to 18 U.S.C. § 3006A.

5

6

IT IS SO ORDERED.

7

  Dated: **April 19, 2022**     /s/ *Barbara A. McAuliffe*

8

             UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28