PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAWANA WASHINGTON,<br><br>Defendant. | CASE NO. 1:22-CR-00122-ADA-BAM<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET TRIAL DATE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for status conference on September 27, 2023, and time under the Speedy Trial Act was excluded from July 12, 2023 through September 27, 2023, inclusive, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv).

2. The parties now stipulate and request that the status conference be vacated and a trial date be scheduled June 18, 2024, at 8:30 a.m. and a trial confirmation hearing be scheduled on June 4, 2024. This is the earliest available date to ensure continuity of defense counsel and allow sufficient time for trial preparation and further defense investigation. The defendant moves to exclude time from September 27, 2023, through June 18, 2024, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

  a) The government has represented that the discovery associated with this case includes wiretap recordings, thousands of pages of investigative reports, surveillance video, audio recordings, cell phone extractions, and other voluminous materials.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for defendant desires additional time to review discovery, conduct investigation and research related to the charges, conduct research into any mitigating factors, consult with her client, discuss a potential plea with the government, and to otherwise prepare for trial.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 27, 2023 to June 18, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

| | |
|---|---|
| Dated:  September 19, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| | |
| Dated:  September 19, 2023 | /s/ ROGER D. WILSON<br>ROGER D. WILSON<br>Counsel for Defendant<br>Jawana Washington |

## ORDER

IT IS SO ORDERED that the status conference set for September 27, 2023, is vacated. A jury trial is set for **June 18, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Estimate time of trial is **3-4 days**. A trial confirmation is set for **June 3, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **September 19, 2023**          /s/ Barbara A. McAuliffe
                                                                          UNITED STATES MAGISTRATE JUDGE