PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>JAWANA WASHINGTON,<br><br>                 Defendant. | CASE NO. 22-CR-00122-NODJ-BAM<br><br>STIPULATION FOR PRETRIAL MOTIONS BRIEFING SCHEDULE<br><br>TRIAL DATE: June 18, 2024 |

THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorney, Justin J. Gilio, on behalf of the government, and Roger Wilson, Esq., on behalf of defendant Jawana Washington, as follows:

       1.     This action's trial is set to commence on June 18, 2024.

       2.     The parties seek to set a pretrial-motions hearing to occur on June 11, 2024, at 8:30 a.m.

       3.     The parties also agree to the following briefing schedule in advance of the pretrial motions hearing;

            a.     Motions filing deadline – May 14, 2024;

            b.     Opposition briefs filing deadline – May 28, 2024;

            c.     Optional Reply briefs filing deadline – June 3, 2024.

IT IS SO STIPULATED.

1
2
3   Dated: April 23, 2024                    PHILLIP A. TALBERT
                                             United States Attorney
4
5                                            /s/ JUSTIN J. GILIO
                                             JUSTIN J. GILIO
6                                            Assistant United States Attorney

7   Dated: April 23, 2024                    /s/ MICHAEL BERDINELLA
                                             MICHAEL BERDINELLA
8                                            Counsel for Defendant
9                                            JAWANA WASHINGTON

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**O R D E R**

Pursuant to the parties' stipulation, IT IS ORDERED that on June 11, 2024, at 8:30 a.m., the Court will hold a hearing on pretrial motions. In addition, the parties will adhere to the following briefing schedule in advance of the hearing;

1. Motions filing deadline – May 14, 2024;
2. Opposition briefs filing deadline – May 28, 2024; and
3. Optional Reply briefs filing deadline – June 3, 2024.

Dated: April 24, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE