PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAWANA WASHINGTON,<br><br>  Defendant. | CASE NO. 1:22-CR-00122-NODJ-BAM<br><br>STIPULATION AND ORDER TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for trial on June 18, 2024, and time under the Speedy Trial Act was excluded from September 27, 2023 through June 18, 2024, inclusive, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv).

2. The parties now stipulate and request that the trial be vacated and a change of plea hearing be scheduled September 23, 2024, 2024. The defendant moves to exclude time from June 18, 2024, through September 23, 2024, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes wiretap recordings, thousands of pages of investigative reports, surveillance video,

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

audio recordings, cell phone extractions, and other voluminous materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) The government has recently produced supplemental discovery in the form of transcripts and a cell phone extraction.

c) Counsel for defendant desires additional time to review discovery, conduct investigation and research related to the charges, conduct research into any mitigating factors, consult with her client, discuss and finalize a potential plea with the government, and to otherwise prepare for the change of plea hearing.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 18, 2024 to September 23, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 14, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: May 14, 2024

/s/ ROGER D. WILSON
ROGER D. WILSON
Counsel for Defendant
Jawana Washington

## ORDER

IT IS SO ORDERED that the jury trial set for June 18, 2024, the trial confirmation set for June 3, 2024, motion hearing set for June 11, 2024 and the briefing schedule (Doc. 69) are vacated. A change of plea hearing is set for **September 23, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **May 14, 2024**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE