PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAWANA WASHINGTON,<br><br>Defendant. | CASE NO. 1:22-CR-00122-NODJ-BAM<br><br>STIPULATION AND PROPOSED ORDER TO VACATE CHANGE OF PLEA HEARING AND SET A TRIAL DATE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for change of plea hearing on September 25, 2024, and time under the Speedy Trial Act was excluded through September 23, 2024, inclusive, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv).

2. The parties now stipulate and request that the change of plea hearing be vacated and a trial set for April 8, 2025 with a trial confirmation hearing set for March 24, 2025 at 9:00 a.m. The defendant moves to exclude time from September 23, 2024, through April 8, 2025, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

includes wiretap recordings, thousands of pages of investigative reports, surveillance video, audio recordings, cell phone extractions, and other voluminous materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time to review discovery, conduct investigation and research related to the charges, conduct research into any mitigating factors, consult with his client, and to otherwise prepare for trial.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 23, 2024 to April 8, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[Remainder of page intentionally left blank.]**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 18, 2024                                PHILLIP A. TALBERT
                                                        United States Attorney

                                                        /s/ KIMBERLY A. SANCHEZ
                                                        KIMBERLY A. SANCHEZ
                                                        Assistant United States Attorney


Dated: September 18, 2024                                /s/ ROGER D. WILSON
                                                        ROGER D. WILSON
                                                        Counsel for Defendant
                                                        Jawana Washington

## ORDER

IT IS SO ORDERED that the change of plea hearing set for September 25, 2024, is vacated. A jury trial is set for **April 8, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **3 days**. A trial confirmation is set for **March 24, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **September 18, 2024**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME                    3
PERIODS UNDER SPEEDY TRIAL ACT