MICHELE BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00122-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE TRIAL |
| v. | |
| JAWANA WASHINGTON, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for a trial confirmation hearing on March 24, 2025, and a trial on April 8, 2025, and time under the Speedy Trial Act was excluded through and including the latter date, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv).

2. The parties now stipulate and request that the trial confirmation hearing and trial be continued until August 11, 2025, and September 2, 2025, respectively. The defendant moves to exclude time from April 8, 2025, through September 2, 2025, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case

includes wiretap recordings, thousands of pages of investigative reports, surveillance video, audio recordings, cell phone extractions, and other voluminous materials.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendant desires additional time to review discovery, conduct investigation, and prepare for trial.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Indeed, defense counsel is scheduled to begin a trial in Fresno County Superior Court from March 6, 2025, through March 19, 2025, in the matter of People of the State of California v. Donald Dinnell and again in Fresno County Superior Court March 24-26, 2025, in the matter of Martinez v. Monk; and in Tulare County Superior Court March 27 through April 2, 2025, in the matter of People of the State of California v. Karen Morris. Doc. 340.

      d)      The defendant is out of custody pretrial.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 8, 2025 to September 2, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[Remainder of page intentionally left blank.]**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 14, 2025                                  MICHELE BECKWITH
                                                          Acting United States Attorney

                                                          /s/ JUSTIN J. GILIO
                                                          JUSTIN J. GILIO
                                                          Assistant United States Attorney

Dated: February 14, 2025                                  /s/ ROGER D. WILSON
                                                          ROGER D. WILSON
                                                          Counsel for Defendant
                                                          Jawana Washington

## ORDER

IT IS SO ORDERED that the status conference is continued from March 12, 2025 to **July 9, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. The trial confirmation is continued from March 24, 2025 to **August 11, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. The jury trial is continued from April 8, 2025 to **September 3, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **3 days**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court notes that this case is an old case and procedurally, has been continued for many reasons. Accordingly, the Court will not continue this matter further, absent good cause which will be narrowly construed. Further, the press of business is not good cause.

IT IS SO ORDERED.

Dated:   **February 18, 2025**                     /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE