(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  JAWANA WASHINGTON

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**JAWANA WASHINGTON,**<br><br>　　　　Defendant. | Case No.: **1:22-cr-00122-DAD-BAM**<br><br>**STIPULATION CONTINUING SENTENCING; ORDER.**<br><br>Date: December 15, 2025<br>Time: 10:00 a.m.<br>Courtroom: 5 |

　　　Defendant JAWANA WASHINGTON, by and through her counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record JUSTIN GILIO, Assistant U.S. Attorney, hereby as follows:

　　1.　By previous order, this matter was set for sentencing on December 15, 2025.

　　2.　By this stipulation, defendant now moves to continue sentencing until February 9, 2026, at 10:00 AM in Courtroom 5 before District Judge Dale A. Drozd in Fresno.

　　3.　The parties agree and stipulate, and request that the Court find the following:

　　　a.　On September 3, 2025, the defendant was found guilty of Count One, a violation of Title 18 U.S.C. §922(g)(1) and (2) – Felon in Possession of Firearm, Aiding and Abetting and Count Two, a violation of Title 18 U.S.C. §922(d) – Disposing of a Firearm to a Felon.

b. Counsel for defendant desires additional time to complete Presentence Investigation Interview due to scheduling conflicts between Defendant's Counsel and Probation Officer Elizabeth Gutierrez's schedules.

c. Counsel for the defendant believes that failure to grant the above requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object the continuance.

IT IS SO STIPULATED.

DATED: October 23, 2025                    /s/ Justin Gilio
                                           JUSTIN GILIO
                                           Assistant United States Attorney

DATED: October 23, 2025                    /s/ Roger D. Wilson
                                           ROGER D. WILSON
                                           Attorney for Jawana Washington

--o0o--

**O R D E R**

THE COURT FINDS GOOD CAUSE AND ORDERS that the above Stipulation Continuing Sentencing to February 9, 2026, is hereby approved.

IT IS SO ORDERED.

Dated: **November 12, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE