(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
The Law Offices of Roger D. Wilson
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
Email: roger@wilson-law.com

Attorney for Defendant JAWANA WASHINGTON

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAWANA WASHINGTON,<br><br>　　　　Defendant. | Case No.: **1:22-cr-0122-DAD-BAM**<br><br>**ROGER D. WILSON'S AMENDED NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT; AND ORDER**<br><br>DATE: December 10, 2026<br>TIME: 2:00 p.m.<br>COURTROOM: 8 |

**TO:   THE HONORABLE MAGISTRATE JUDGE BARBARA A. MCAULIFFE AND ASSISTANT UNITED STATES ATTORNEY JUSTIN GILLIO:**

**PLEASE TAKE NOTICE** that as soon as the matter may be heard before the Honorable Barbara A. McAuliffe, attorney Roger D. Wilson of The Law Offices of Roger D. Wilson shall and hereby does respectfully seek leave of this Court to withdraw as counsel for Defendant JAWANA WASHINGTON.

**MOTION TO WITHDRAW**

On October 20, 2025, Counsel Roger D. Wilson was appointed by the Governor of California to be a judge in the Tulare County Superior Court. (See Declaration of Roger D. Wilson attached hereto). Consequently, Counsel Wilson will be unable to practice law in the Eastern District of California and unable to continue his representation of the Defendant.

1  Therefore, Counsel Wilson respectfully requests this Court to grant his motion to
2  withdraw as counsel for Defendant JAWANA WASHINGTON.
3  Respectfully submitted,

The Law Offices of Roger D. Wilson

Date:  December 2, 2025    By:    /s/ Roger D. Wilson
**ROGER D. WILSON**
Attorney for Defendant
JAWANA WASHINGTON

## DECLARATION OF ROGER D. WILSON IN SUPPORT OF MOTION

I, ROGER D. WILSON, declare under penalty of perjury that:

1. I am an attorney duly licensed and authorized to practice law in the State of California, I am a member of the State Bar of California, and the United States District Court for the Eastern District of California.

2. I am a Criminal Justice Act (CJA) attorney appointed to represent Defendant Jawana Washington, the defendant in this case.

3. Ms. Washington's case is set for Sentencing on February 9, 2026.

4. On October 20, 2025, I was appointed by the Governor of California to be a Judge in the Tulare County Superior Court.

5. As a Superior Court Judge I am prohibited from practicing law, therefore, I am closing my practice immediately.

6. On December 2, 2025, I was informed by the Office of the Federal Defender that attorney Richard M. Oberto has agreed to take over representation of Defendant Jawana Washington's case.

7. Attorney Richard M. Oberto can be contacted at (559) 221-2557, rmoberto@gmail.com.

8. Ms. Washington has been informed of my appointment, the prohibition of practicing law and closure of my practice.

9. This request to withdraw as counsel is not for the purpose of delay, but rather to allow time for the appointment of new counsel.

10. This request should not prejudice any party nor unduly burden the Court.

DATED: This 2nd day of December 2025, at Fresno, California.

/s/ Roger D. Wilson
Roger D. Wilson

# ORDER

This matter, having come before the Court on Defense Counsel's Motion to Withdraw, and for good cause shown, **IT IS HEREBY ORDERED**:

Attorney Roger D. Wilson of The Law Offices of Roger D. Wilson, is relieved as counsel of record for Defendant JAWANA WASHINGTON. Attorney Richard Oberto is hereby appointed as counsel.

The February 9, 2026 hearing at 10:00 a.m. remains as previously set.

IT IS SO ORDERED.

Dated: **December 2, 2025**                 /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE